RECEIVED
IN LAKE CHARLES, LA.

SEP 24 2014

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CRAIG STEVENS, | * | CIVIL ACTION NO. 2:13-cv-2108 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| VIC SALVADOR, ET AL., | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 6] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's civil rights complaint under 42 U.S.C. § 1983 [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this 23 day of _____Sept_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE